**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2014.**

**In The**

# Fourteenth Court of Appeals

### NO. 14-13-01140-CV

## GRANT MACKAY DEMOLITION COMPANY, INC., GRANT MACKAY COMPANY, INC., MACKAY DEMOLITION COMPANY AND GRANT MACKAY, INDIVIDUALLY, Appellants

**V.**

## NANCY LAY, ASHLEY LAY SCHAFFER, MELANIE LAY PLATT, BETHANY LAY AND RACHEL LAY, Appellees

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-02674**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 19, 2013. On January 27, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.